SEPTEMBER 25, 1991

No. 91–5901 (A–228). MCCLESKEY *v.* BOWERS, ATTORNEY GENERAL OF GEORGIA, ET AL. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN would grant the application for stay and the petition for writ of certiorari. JUSTICE STEVENS would grant the application for stay.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case. For a further expression of my views, see *McCleskey* v. *Bowers*, *ante*, p. 1281.